

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00252-CR

Philip Joseph **GARAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2843
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 22, 2015.

_____
Rebeca C. Martinez, Justice